IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

FILED
01 SEP 11 AM 11:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
SEP 1 1 2001

| | |
|---|---|
| RODNEY HARRIS, | ) |
| Plaintiff, | ) |
| vs. | ) CV-99-S-1176-M |
| MICHAEL HALEY, et al., | ) |
| Defendants. | ) |

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 12, 2001, recommending that this action, filed pursuant to 42 U.S.C. § 1983, be dismissed pursuant to 28 U.S.C. § 1915A(b) for failure to state a claim upon which relief can be granted. [Document # 17]. The plaintiff filed objections to the report and recommendation on July 26, 2001. [Document #18].

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this \_\_11th\_\_ day of \_\_September_____, 2001.

_____
UNITED STATES DISTRICT JUDGE